Form osc170 − osc170v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  24−13227−VFP
                                        Chapter:  7
                                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Griselda Fernandez
    806 11th Street
    Union City, NJ 07087

Social Security No.:
    xxx−xx−6665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

An Order to Show Cause Why the Case Should Not Be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☑    The debtor(s) has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The corporate debtor does not have an attorney

    Notice is hereby given that a hearing will be held before the Honorable Vincent F. Papalia on:

Date: April 23, 2024
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: April 1, 2024
JAN: pbf

                                        <u>Vincent F. Papalia</u>
                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-13227-VFP
Griselda Fernandez  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Apr 01, 2024 | Form ID: osc170 | Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Griselda Fernandez, 806 11th Street, Union City, NJ 07087-6204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2024 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2024 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520207421 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 01 2024 23:58:00 | Select portfolio Servicing, P.O. Box 65450, Saltlake City, UT 84165-0450 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony F. Sarsano | on behalf of Debtor Griselda Fernandez anthonyfsarsano@yahoo.com |
| David Wolff | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: osc170 | Total Noticed: 4 |

dwtrustee@verizon.net  NJ50@ecfcbis.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3